# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| GRADY LEE MOTES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:17-CV-65-NCC |
| ) | |
| STATE OF MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed *in forma pauperis* on appeal (ECF No. 32) and motion for the appointment of counsel (ECF No. 33). The motions will be denied.

This action was dismissed on October 13, 2017 upon plaintiff's motion to voluntarily dismiss. On January 10, 2018, plaintiff began submitting post-judgment filings, consisting of notices, frivolous motions, and correspondence. On September 2, 2020, the Court entered an order cautioning plaintiff against the practice of repeatedly submitting such filings. However, plaintiff continued the practice, submitting a total of eleven frivolous post-judgment filings. On September 28, 2020, the Court entered an order prohibiting plaintiff from continuing to file documents in this closed civil case, with the exception of appellate documents.

Plaintiff has since filed a notice of appeal, and has now filed the instant motion for leave to proceed *in forma pauperis* on appeal. The motion and documents attached thereto span over 200 pages and, like many of plaintiff's prior filings in this Court, are incomprehensible. Additionally, nothing before this Court indicates that plaintiff's appeal is not frivolous and, as

noted above, plaintiff has repeatedly engaged in abusive litigation practices. The Court will therefore deny the motion.

Plaintiff has also filed a motion purporting to seek the appointment of counsel. The motion is incomprehensible, and asserts no basis upon which the Court can grant relief. The motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed *in forma pauperis* on appeal (ECF No. 32) and motion for the appointment of counsel (ECF No. 33) are **DENIED.**

Dated this 20th day of November, 2020.

    /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE